UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| JASMINE TORO, on behalf of herself and all others similarly situated, | Case No.: 1:23-CV-07067-MMG |
| Plaintiffs, | |
| v. | NOTICE OF MOTION FOR DEFAULT JUDGMENT |
| Z-COIL, INC., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff, JASMINE TORO hereby move, at a date and time to be set by the Court, before the Honorable Judge Margaret M. Garnett, at the Courthouse for the Southern District of New York, located at 40 Foley Square, Courtroom 906, New York, NY 10007, for an Order granting Plaintiff's Motion for Default Judgment.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the accompanying Affirmation in Support of the Motion, and the accompanying Exhibits.

Dated: March 5, 2024

    Hicksville, New York

                                          **MARS KHAIMOV LAW, PLLC**

                                          By: */s/ Mars Khaimov*
                                          Mars Khaimov, Esq.
                                          marskhaimovlaw@gmail.com
                                          100 Duffy Ave., Suite 510
                                          Hicksville, New York 11801
                                          Tel: (929) 324-0717
                                          *Attorneys for Plaintiff*